AO 93 (Rev. 11/13) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Pennsylvania

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br><br>AOL accounts associated with<br>bobcongress@aol.com | )<br>)<br>) Case No.  17-1475-M<br>)<br>)<br>) |

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the     Eastern     District of     Virginia    
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B

YOU ARE COMMANDED to execute this warrant on or before   November 14 2017   *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to the duty magistrate.

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for ___ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  November 1, 2017 3:05 p.m.     *[signature]*
                                                                            *Judge's signature*

City and state:     Philadelphia, PA              HON. CAROL SANDRA MOORE WELLS, U.S. Mag.
                                                                  *Printed name and title*

# ATTACHMENT A

Locations to be searched:

    AOL accounts associated with:

        bobcongress@aol.com

        Located on the e-mail servers, or other servers at AOL, Inc.
        22000 AOL Way
        Dulles, VA 20166
        Or on servers at any other location owned or otherwise controlled by AOL, Inc.

# ATTACHMENT B

Particular Things to be Seized

## I. Information to be disclosed by AOL, Inc. Microsoft Corporation Online Services.

To the extent that the information described above is within the possession, custody, or control of AOL, Inc. including any emails, records, files, logs, or information that have been deleted but are still available to AOL, are required to disclose the following information to the government for each account or identifier listed in herein:

    a. All records or other information regarding the identification of the email accounts, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

    b. The types of service utilized;

    c. All records or other information stored at any time by an individual using the account, including emails, address books, contact and buddy lists, calendar data, pictures, and files;

    d. All records pertaining to communications between AOL, Inc. and any person regarding the account, including contacts with support services and records of actions taken.

## II. Items to be Seized from the locations identified.

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 371 (conspiracy), 18 U.S.C. § 1001 (false statements), 18 U.S.C. § 1519 (producing false records), 52 U.S.C. § 30104 (causing false campaign contribution reports), and 52 U.S.C. §§ 30910 and 30116 (limits on campaign contributions and expenditures) (collectively, the "SUBJECT OFFENSES") for the email accounts, including the following:

    1. For the time period of January 1, 2011 through the present, any and all documents and/or records related to Jimmie Moore, Carolyn C. Cavaness, JIMMIE MOORE FOR CONGRESS, CavaSense, Voterlink Data Systems, Kenneth Smukler, Donald Jones, and/or DA Jones and Associates.

## CERTIFICATE OF AUTHENTICITY OF DOMESTIC BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, _____, attest, under penalties of perjury under the laws of the United States of America pursuant to 28 U.S.C. § 1746, that the information contained in this declaration is true and correct. I am employed by AOL, Inc., and my official title is _____. I am a custodian of records for AOL, Inc. I state that each of the records attached hereto is the original record or a true duplicate of the original record in the custody of AOL, Inc., and that I am the custodian of the attached records consisting of _____ (pages/CDs/kilobytes). I further state that:

    a.    all records attached to this certificate were made at or near the time of the occurrence of the matter set forth, by, or from information transmitted by, a person with knowledge of those matters;

    b.    such records were kept in the ordinary course of a regularly conducted business activity of AOL, Inc.; and

    c.    such records were made by AOL, Inc. as a regular practice.

I further state that this certification is intended to satisfy Rule 902(11) of the Federal Rules of Evidence.

_____    _____

Date                                  Signature

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 17-1475-M | Date and time warrant executed: 11/1/17 @ 3:05PM | Copy of warrant and inventory left with: AOL, INC. |
| Inventory made in the presence of : | | |
| Inventory of the property taken and name of any person(s) seized: | | |

- (1) One CD of data from AOL, INC. for the following email address:

  'bobcongress@aol.com

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 11/8/2017

*Jonathan Szeliga*
Executing officer's signature

Jonathan R. Szeliga, FBI Special Agent
Printed name and title